02-11-077-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00077-CV

 

 


 
 
 In re Key Safety Systems, Inc.
 
 
  
 
 
 RELATOR
 
 


 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relator’s petition for writ
of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

LEE GABRIEL

JUSTICE

 

PANEL: 
LIVINGSTON, C.J.; MCCOY and GABRIEL, JJ.

 

MCCOY,
J. would request a response.

 

DELIVERED: 
March 14, 2011









[1]See
Tex. R. App. P. 47.4, 52.8(d).